UNITED STATES of America, Plaintiff–Appellee,

v.

Eddie LITTLES, III, Defendant–Appellant.

No. 12–15673

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 21, 2013.

R. Brian Tanner, Cameron Heaps Ippolito, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Christopher E. Chapman, Smith Welch Webb & White, LLC, Stockbridge, GA, Defendant–Appellant.

Eddie Littles, III, Jesup, GA, pro se.

Before MARCUS, FAY and KRAVITCH, Circuit Judges.

PER CURIAM:

Christopher E. Chapman, appointed counsel for Eddie Littles, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Littles's conviction and sentence are **AFFIRMED.**